UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J GIORDANO SECURITIES LLC (d/b/a J
GIORDANO SECURITIES GROUP),
GIORDANO & CO., INC., J GIORDANO
HOLDINGS LLC, and JAMES GIORDANO, an
individual,

                  Plaintiffs,           08 Civ. 8410(PKC)

       -against-                 ORDER

MAYFAIR CAPITAL GROUP HOLDINGS,
LLC, MAYFAIR CAPITAL GROUP LLC,
MAYFAIR GROUP L.P., and STEPHEN R.
GREEN, an individual,

                  Defendants.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

P. KEVIN CASTEL, District Judge:

       The law firm of Macron & Cowhey, P.C. and John J. Macron have moved to withdraw as counsel to defendants in this action because of a breakdown in communications with their clients. Defendants, who have been served with the application, have not filed any opposition to it opposed it. Plaintiffs consent to the application. For good cause shown, the application to withdraw is granted.

       **DEFENDANTS MAYFAIR CAPITAL GROUP HOLDINGS, LLC, MAYFAIR CAPITAL GROUP LLC and MAYFAIR GROUP L.P. ARE ADVISED THAT, BECAUSE THEY ARE NOT NATURAL PERSONS, THEY ARE NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS LICENSED TO PRACTICE IN THIS COURT.**

       **IF, BY OCTOBER 19, 2009, DEFENDANTS MAYFAIR CAPITAL GROUP HOLDINGS, LLC, MAYFAIR CAPITAL GROUP LLC and MAYFAIR**

**GROUP L.P. FAIL TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE COURT WILL ENTERTAIN A MOTION TO HOLD THEM IN DEFAULT AND/OR TO STRIKE THEIR ANSWERS FOR FAILURE TO COMPLY WITH THIS ORDER.**

**STEPHEN R. GREEN IS ADVISED TO CONSIDER RETAINING COUNSEL. HOWEVER, AS A NATURAL PERSON HE IS PERMITTED TO PROCEED WITHOUT AN ATTORNEY. MR. GREEN IS INVITED TO CONTACT THE COURT'S PRO SE OFFICE LOCATED IN ROOM 230 OF THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007.**

**ALL DEFENDANTS MUST APPEAR BY COUNSEL FOR A PRETRIAL CONFERENCE ON OCTOBER 23, 2009 AT NOON IN COURTROOM 12C MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, EXCEPT THAT MR. GREEN MAY APPEAR EITHER IN PERSON OR BY COUNSEL. IF ANY DEFENDANT FAILS TO APPEAR AT THE CONFERENCE, THE COURT WILL ENTERTAIN A MOTION TO HOLD THEM IN DEFAULT AND/OR TO STRIKE THEIR ANSWERS FOR FAILURE TO COMPLY WITH THIS ORDER.**

Mr. Macron is directed to deliver copies of this Order to Mayfair Capital Group Holdings, LLC, Mayfair Capital Group LLC, Mayfair Group L.P and Stephen R. Greene. The premotion conference requirement is waived for any motion made by plaintiffs for a violation of this Order.

The motion for leave to withdraw (Docket Entry No. 29) is granted.

-3-

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 28, 2009