```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J. GIORDANO SECURITIES LLC, et.al.,

                Plaintiffs,

08 **CIVIL**8410 (PKC)

-against-

**JUDGMENT**

MAYFAIR CAPITAL GROUP HOLDINGS, LLC.
et.al.,
                Defendants.
------------------------------------------------------------X

      Plaintiff having moved for the voluntary dismissal without prejudice of defendant Stephen Green, pursuant to FRCP 41(a)(2), the matter having come before the Honorable P. Kevin Castell, United States District Judge, who on July 1, 2010, having issued an Order granting plaintiffs' motion for dismissal of Green, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 1, 2010, plaintiff's motion for voluntary dismissal of defendant Green.

**Dated:** New York, New York

July 2, 2010

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                        **BY:**

                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____